RICHARD McALLISTER ET AL., APPELLANTS, v. ATLANTIC CITY, RESPONDENT.

Argued November 23, 1917—Decided January 31, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 93.

For the appellants, *Clarence L. Cole.*

For the respondent, *Harry Wootton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 10.

*For reversal*—None.